**LEWIS BRISBOIS BISGAARD & SMITH LLP**
HELEN LEE GREENBERG, SB# 230682
  E-Mail: greenberg@lbbslaw.com
MONA FOTOOHI, SB# 248132
  E-Mail: fotoohi@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants HILTON WORLDWIDE, INC. and PCCP DCP WEST HOTEL PARTNERS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUTHEE GOLDKORN,<br><br>    Plaintiff,<br><br>  vs.<br><br>HILTON WORLDWIDE, INC.; PCCP DCP WEST HOTEL PARTNERS LLC,<br><br>    Defendants. | CASE NO. CV12-06437 LHK<br><br>**[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS**<br><br>Trial Date:   None Set |

The Court hereby orders that the request of Defendants HILTON WORLDWIDE, INC. and PCCP DCP WEST HOTEL PARTNERS LLC to substitute HELEN LEE GREENBERG and MONA FOTOOHI, who are retained counsel, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, 333 Bush Street, Suite 1100, San Francisco, California  94014, as counsel of record in the place and stead of LAUREN TIFFANY HOWARD and WILLIAM H. EMER of Perkins Coie LLP, 18888 Century Park East, Suite 1700, Los Angeles, California 90067, is hereby   x   GRANTED   ____   DENIED.

DATED: __May 16_____, 2013      _____
                                    *Lucy H. Koh*
                                    Honorable Lucy H. Koh
                                    United States District Court Judge

4833-2368-2579.1                                                 CV12-06437 LHK

ORDER GRANTING DEFENDANTS HILTON WORLDWIDE, INC. and PCCP DCP WEST HOTEL PARTNERS LLC'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY