Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ruthee Goldkorn

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTHEE GOLDKORN,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON WORLDWIDE, INC.; PCCP DCP WEST HOTEL PARTNERS LLC,<br><br>Defendants. | No. 5:12-cv-06437-LHK<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ruthee Goldkorn ("Plaintiff") and the sole remaining defendant, PCCP DCP West Hotel Partners LLC ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice in its entirety.

IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction for twenty-four (24) months after the filing of the dismissal to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).

///

///

Date: June 26, 2013

MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Ruthee Goldkorn

Date: June 26, 2013

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Helen L. Greenberg*
Helen L. Greenberg
Attorneys for Defendant,
PCCP DCP West Hotel Partners LLC

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Ruthee Goldkorn and Defendant PCCP DCP West Hotel Partners LLC shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Ruthee Goldkorn and Defendant PCCP DCP West Hotel Partners LLC, the Court shall retain jurisdiction in this matter for twenty-four (24) months after entry of this order for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice in its entirety.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 26, 2013

Lucy H. Koh
United States District Court Judge